**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**SYTERIA HEPHZIBAH,**

     **Petitioner,**

**v.**                                                                    **Case No. 4:18cv523-MW/EMT**

**UNITED STATES DEPARTMENT**
**OF JUSTICE,**

     **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

     This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation and the Supplemental Report and Recommendation.  ECF Nos. 5 and 7.  Upon

consideration, no objections having been filed by the parties,[1]

     **IT IS ORDERED:**

     The reports and recommendations are **accepted and adopted** as this Court's opinion.  The

Clerk shall enter judgment stating, "The habeas petition, ECF No. 1, and the amended habeas

petition, ECF No. 6, are **DISMISSED for lack of jurisdiction**."   The Clerk shall close the file.

     **SO ORDERED on January 2, 2019.**

                      **s/Mark E. Walker_____**
                      **United States District Judge**

---

[1] While Petitioner filed an Amended Petition, ECF No. 6, it was mailed from the institution prior to the filing of the Magistrate Judge's original Report and Recommendation entered November 27, 2018. ECF No. 5.